IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TESSEMA DOSHO SHIFFERAW, | |
| Plaintiff, | CIVIL ACTION NO. 2:09-CV-54 |
| v. | |
| EMSON USA, E. MISHAN & SONS, INC., ACADEMY, LTD, d/b/a ACADEMY SPORTS & OUTDOORS and AMAZON.COM, INC. | |
| Defendants. | |

**STIPULATED MOTION TO DISMISS WITH PREJUDICE**

IT IS STIPULATED, by and among Plaintiff TESSEMA DOSHO SHIFFERAW and Defendants, ACADEMY, LTD., D/B/A ACADEMY SPORTS & OUTDOORS and AMAZON.COM, INC., pursuant to settlement, and the parties hereby move for an order dismissing this action with regard to the claims of Plaintiff against Defendants ACADEMY, LTD., D/B/A ACADEMY SPORTS & OUTDOORS and AMAZON.COM, INC., WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

STIPULATED AND AGREED TO:

DATE: August 16, 2010

Respectfully submitted,                          Respectfully submitted,

By: /s/ John Coward (*by Collin Maloney with permission*)
Ethan L. Shaw
State Bar No. 18140480
John P. Cowart
State Bar No. 04919500
MOORE LANDREY, L.L.P.
1609 Shoal Creek Blvd., Ste. 100
Austin, TX 78701
Tel: (512) 499-8900
Fax: (512) 320-8906
eshal@moorelandrey.com
jcowart@moorelandrey.com

ATTORNEYS FOR PLAINTIFF
TESSEMA DOSHO SHIFFERAW

By: /s/ Edward J. DeFranco *(by Collin Maloney with permission)*
Edward J. DeFranco (admitted *pro hac*)
eddefranco@quinnemanuel.com
James M. Glass (admitted *pro hac*)
jimglass@quinnemanuel.com
QUINN EMANUEL URQUHART
& SULLIVAN  LLP
51 Madison Avenue, 22nd Floor
New York, New York
Tel: (212) 849-7000
Fax: (212) 849-7100

Otis Carroll
State Bar No. 03895700
Collin Maloney
State Bar No. 00794219
IRELAND, CARROLL & KELLEY, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Fedserv@icklaw.com

ATTORNEYS FOR DEFENDANTS
EMSON USA, E. MISHAN & SONS, INC.,
ACADEMY LTD, D/B/A ACADEMY
SPORTS & OUTDOORS AND
AMAZON.COM, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record are being served with a copy of this document via electronic delivery or United States mail this 16th day of August, 2010.

/s/ Collin Maloney